# FAIRWARNING IP, LLC, Plaintiff–Appellant

v.

# CYNERGISTEK, INC., Defendant–Appellee

**2016-1096**

United States Court of Appeals, Federal Circuit.

October 11, 2016

SEAN A. PASSINO, Hauptman Ham, LLP, Alexandria, VA, argued for plaintiff-appellant. Also represented by RACHEL KAREN PILLOFF; MICHAEL S. HOOKER, JASON PAUL STEARNS, Phelps Dunbar LLP, Tampa, FL.

LISA M. TITTEMORE, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for defendant-appellee. Also represented by BRANDON TYLER SCRUGGS, SHARONA STERNBERG.

(Lourie, Plager, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**